BANK OF NEW HAVEN *v.* JUDITH A.
ESPOSITO ET AL.
(AC 17304)

Landau, Schaller and Daly, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

EILEEN C. STERN ET AL. *v.* INSPECTIONS
INCORPORATED ET AL.
(AC 16782)

Landau, Schaller and Daly, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

PATRICK KELLY *v.* STOP AND SHOP
COMPANIES, INC.
(AC 17110)

Landau, Schaller and Daly, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The judgment is affirmed.